PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Walter Covington        Cr.: 02-00195-008
                                                                                        PACTS #32284

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, United States District Judge

Date of Original Sentence: 02/09/05

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 70 months incarceration; five years supervised release

Date of Violation: 11/16/10

Violation Offense: Alcohol/Narcotic Use

Violation Sentencing: 6 months incarceration; two years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/21/11

## PETITIONING THE COURT

[ ]   To extend the term of supervision for      Years, for a total term of      Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITH weekend privileges)

You shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall pay subsistence as required by the program.

## CAUSE

On December 10, 2012, the offender was arrested for possession/use of cocaine by the Jersey City Police Department. The changes are pending in the Jersey City Municipal Court, in Jersey City, New Jersey. On December 12, 2012, the offender tested positive for marijuana and PCP use and signed an admission form indicating he used the substances on December 11, 2012.

Respectfully submitted,

By: Suzanne J. Golda   Maureen Kelly *(digitally signed)*
U.S. Probation Officer
Date: 12/21/12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3 JANUARY 2013
Date